IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Halliburton, Cassandra Lynn | Case Number: 05 B 34006 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 12/16/08 | Filed: 8/26/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 11, 2008
Confirmed: October 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,620.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 8,243.53 |
| Priority: | | 0.00 |
| Administrative: | | 1,800.00 |
| Trustee Fee: | | 576.47 |
| Other Funds: | | 0.00 |
| Totals: | 10,620.00 | 10,620.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,800.00 | 1,800.00 |
| 2. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 3. | SBC | Unsecured | 74.64 | 411.97 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 519.13 | 2,865.34 |
| 5. | Americredit Financial Ser Inc | Unsecured | 874.19 | 4,824.80 |
| 6. | Premier Bankcard | Unsecured | 25.62 | 141.42 |
| 7. | Peoples Energy Corp | Unsecured | 67.86 | 0.00 |
| 8. | Wilber & Associates | Unsecured | | No Claim Filed |
| 9. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 10. | MCI | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Medical Payment Data | Unsecured | | No Claim Filed |
| 13. | TCF Bank | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | Sprint PCS | Unsecured | | No Claim Filed |
| 16. | Providian Bank | Unsecured | | No Claim Filed |
| | | | $ 3,361.44 | $ 10,043.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Halliburton, Cassandra Lynn

Printed: 12/16/08

Case Number: 05 B 34006
Judge: Wedoff, Eugene R
Filed: 8/26/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 85.85 |
| 5% | 98.95 |
| 4.8% | 84.48 |
| 5.4% | 191.16 |
| 6.5% | 94.60 |
| 6.6% | 21.43 |
| | $ 576.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

